the meaning of D.C.Code § 11–2503(a) (1995). Accordingly, we adopt the recommendation of the Board, and Humberto Hernandez is hereby disbarred.

*So ordered.*[1]

■

**In re Humberto HERNANDEZ, Respondent.**

**A Member of the Bar of the District of Columbia Court of Appeals.**

**No. 98–BG–1549.**

District of Columbia Court of Appeals.

Submitted June 1, 2000.

Decided June 8, 2000.

Before SCHWELB and REID, Associate Judges, and BELSON, Senior Judge.

PER CURIAM:

In its Report and Recommendation, a copy of which is attached hereto, the Board on Professional Responsibility has recommended that Humberto Hernandez, a member of the District of Columbia Bar, be disbarred on account of his conviction of a crime of moral turpitude. Neither Bar Counsel nor Hernandez filed an exception to the recommendation. *See In re Goldsborough,* 654 A.2d 1285, 1287 (D.C.1995). Substantially for the reasons stated by the Board, we conclude that the conspiracy offense to which Hernandez entered a plea of guilty involves moral turpitude within

---

1. Hernandez' attention is directed to the requirements of D.C.App. R. XI, § 14.